**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/18

------------------------------------------------x
LAWRENCE YOUNG AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED

                 Plaintiffs,

         - against -

AXA FINANCIAL SERVICES, LLC AND AXA
EQUITABLE LIFE INSURANCE COMPANY

                 Defendants.
------------------------------------------------x

Case No.: 1:18-CV-03543

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff and Defendants, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: September 20, 2018

_____
Bradly G. Marks

**THE MARKS LAW FIRM, PC**
175 Varick St., 3rd Floor
New York, NY 10014
Tel: (646) 770-3775
brad@markslawpc.com

Attorneys for Plaintiff

_____
Lewis S. Wiener

**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth Street, NW, Suite 700
Washington, DC 20001
Tel: (202) 383-0140
lewiswiener@eversheds-sutherland.com

Attorneys for Defendants

SO ORDERED:

_____
    USDJ
Hon. _____

Date: 9/25/2018

16

40794658.1